IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:   February 18, 2014 |
| Court Reporter:       Gwen Daniel | Probation: Andrea Bell |

_____

Criminal Action No.   12-cr-00242-WJM          *Counsel:*

UNITED STATES OF AMERICA,                     Kasandra Carleton
                                              Zachary Phillips
        Plaintiff,

v.

7.  CRIS ANTHONY SANDOVAL,                    Joseph Saint-Veltri
        a/k/a Cris Sandoval
        a/k/a Christopher Sandoval

        Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

02:03 p.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Carleton

Sentencing Statement by Mr. Saint-Veltri

1

**ORDERED:** There being no objection to the Motion, the Government's Motion For Defendant To Receive Three-Level Decrease For Acceptance Of Responsibility Under U.S.S.G. §3E1.1(b) [765] is GRANTED.

**ORDERED:** There being no objection to the Motion, the Government's Motion To Dismiss Remaining Counts Of The Indictment As To Defendant Cris Anthony Sandoval [766] is GRANTED.  Counts One, Thirteen, and Fifteen of the Indictment are dismissed as to Defendant No. 7, Cris Anthony Sandoval only.

The Court takes up the Government's Motion For Downward Departure Pursuant To U.S.S.G. § 5K1.1 And 18 U.S.C. § 3553(e) [764]

Argument by Ms. Carleton

Argument by Mr. Saint-Veltri

**ORDERED:** The Government's Motion For Downward Departure Pursuant To U.S.S.G. § 5K1.1 And 18 U.S.C. § 3553(e) [764] is GRANTED.

Statement by defendant's older sister

Defendant's Allocution

> Defendant plead guilty to the Count One Information and admitted to the allegation in the Indictment on September 30, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Cris Anthony Sandoval, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 37months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado; and if appropriate, FCI Englewood.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse program.**

**ORDERED:** Upon release from imprisonment defendant is placed on supervised release for a term of four years.

Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.

While on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.

The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Special Condition of Supervised Release:

The defendant shall participate in and shall successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay a Fine of $750.00 into the Crime Victims Fund. Interest on the Fine amount is WAIVED.

**ORDERED:** The special assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:** Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

Court's comments

The Government does not object to the defendant remaining on bond.

**The Court finds by clear and convincing evidence that the defendant's conditions of release reasonably assure that he will not flee or pose a danger to the safety of the community.  Therefore,**

**IT IS ORDERED that the defendant shall surrender at the institution designated by the Bureau of Prisons on the 25th of March, 2014 at 12:00 noon. In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply**.

02:40 p.m.     Court in Recess
               Hearing concluded
               Time: 37 minutes